UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARINA ISKHAKOVA, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiff,

v.

SIMPLY AMAZING, INC.,

                Defendant.

Case No.: 1:22 cv- 2014

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs. No motion for class certification has been filed, and no class has been certified in this action. Accordingly, class notice and Court approval of the voluntary dismissal are not required under Fed. R. Civ. P. 23(e).

Dated:

STEIN SAKS, PLLC

By:   *s/Mark Rozenberg*
     Mark Rozenberg, Esq.
     One University Plaza, Suite 620
     Hackensack, NJ 07601
     (201) 282-6500
     *Attorneys for Plaintiff*

DAVIS+GILBERT LLP

By: _____
     Marc J. Rachman, Esq.
     1675 Broadway
     New York, New York 10019
     (212) 468-4800
     *Attorneys for Defendant*